KATHLEEN E. WELLS (SBN 107051)
3393 Maplethorpe Lane
Soquel, CA  95073
Telephone:    (831) 475-1243
Facsimile:    (831) 475-1103
Email:        lioness@got.net

AARON LODGE (SBN 220670)
1414 Soquel Avenue, Suite 222
Santa Cruz, California  95062
Telephone:    (831) 426-3030
Facsimile:    (831) 350-6030
Email:        ALodge@teachjustice.com

Attorneys for plaintiffs, HALEY WRIGHT, JESSICA WRIGHT, and EMILY WRIGHT

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION – ECF PROGRAM

| | |
|---|---|
| HALEY WRIGHT, EMILY WRIGHT, and JESSICA WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CRUZ,  COUNTY OF SANTA CRUZ; MARK YANEZ, TATE HOWE, KENNY BESK, ANTHONY PARKER.  BRENDAN OMORI, JOHN FERNANDEZ, DRUG ENFORCEMENT ADMINISTRATION,  JOSHUA SINGLETON,   TWENTY UNKNOWN FEDERAL, CITY AND COUNTY INDIVIDUALS and AGENCIES,,<br><br>Defendants. | CASE NO.  13-01230 LHK<br><br>**PLAINTIFFS' REQUEST FOR AN ORDER DISMISSING DEFENDANT TATE HOWE WITHOUT PREJUDICE [PROPOSED] ORDER** |

Based upon the representation of defendant County of Santa Cruz that defendant Tate Howe did not participate in any manner in the events as alleged in plaintiffs' first amended complaint,  plaintiffs hereby request an order dismissing defendant Tate Howe without prejudice to refiling if facts are later determined that would give rise to his liability in some manner.

-1-
VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TATE HOWE
*Wright, et al. v. City of Santa Cruz, et al.*  Case CIV 13-01320 LHK

Dated: January 28, 2014    /s/   Kathleen E. Wells
KATHLEEN E. WELLS,
Attorney for Plaintiffs

Dated:  January 28, 2014    /s/   Aaron J. Lodge
AARON J. LODGE,
Attorney for Plaintiffs

## [PROPOSED] ORDER

GOOD CAUSE APPEARING THEREFOR

it is hereby ordered that defendant Tate Howe is dismissed from this action without prejudice.

Dated: _____

THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT COURT JUDGE

**Kate Wells and Aaron Lodge, Attorneys for plaintiff**

-2-
VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TATE HOWE
*Wright, et al. v. City of Santa Cruz, et al.*  Case CIV 13-01320 LHK