UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HALEY WRIGHT, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>CITY OF SANTA CRUZ, et al.,<br><br>                    Defendants. | Case No.  13-cv-01230-BLF<br><br>**CASE MANAGEMENT ORDER** |

On 05/06/2014, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Further Case Management Conference | 08/21/2014 at 1:30 PM |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Expert Discovery Cut-Off | N/A |
| Last Day to Hear Dispositive Motions | N/A |
| Hearing on Motions in Limine | N/A |
| Final Pretrial Conference | N/A |
| Trial | N/A |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery

2    are referred to the assigned Magistrate Judge.

3    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing

4    orders, which are available on the Court's website and in the Clerk's Office.

5    IT IS FURTHER ORDERED THAT the two (2) pending Motions to Dismiss are set for

6    hearing on 06/26/2014 at 11:00 AM.

7    IT IS FURTHER ORDERED THAT the parties may appear by Courtcall at the Case

8    Management Conference set for 08/21/2014 at 1:30 PM without further approval of the

9    court.

10

11   Dated:  May 08, 2014

12   _____

13   BETH LABSON FREEMAN
     United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

2