| | |
|---|---|
| 1 | KATHLEEN WELLS (SBN 107051) |
| 2 | 3393 Maplethorpe Lane<br>Soquel, CA  95073 |
| 3 | Telephone:        (831) 475-1243<br>Facsimile:          (831) 475-1103 |
| 4 | Email:               lioness@got.net |
| 5 | AARON LODGE (SBN 220670)<br>1414 Soquel Avenue, Suite 222 |
| 6 | Santa Cruz, California  95062<br>Telephone:        (831) 426-3030 |
| 7 | Facsimile:          (831) 350-6030<br>Email:               ALodge@teachjustice.com |
| 8 | Attorneys for plaintiffs, HALEY WRIGHT, et al |
| 9 | BENJAMIN B. WAGNER |
| 10 | United States Attorney<br>GREGORY T. BRODERICK |
| 11 | Assistant United States Attorney<br>501 I Street, Suite 10-100 |
| 12 | Sacramento, CA 95814<br>Telephone: (916) 554-2780 |
| 13 | Facsimile: (916) 554-2900<br>Email:  Gregory.Broderick@usdoj.gov |
| 14 | Attorneys for Fernandez, Omori, Parker, |
| 15 | and Singleton |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| HALEY WRIGHT, EMILY WRIGHT, and JESSICA WRIGHT, | ) | CASE No. 13-cv-01230 BLF |
| Plaintiffs, | ) | |
| v. | ) | **STIPULATION and [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON INDIVIDUAL FEDERAL AGENTS' MOTION TO DISMISS** |
| CITY OF SANTA CRUZ, COUNTY OF SANTA CRUZ, MARK YANEZ, TATE HOWE, KENNY BESK, ANTHONY PARKER, BRENDAN OMORI, JOHN FERNANDEZ, DRUG ENFORCEMENT ADMINISTRATION, JOSHUA SINGLETON, TWENTY UNKNOWN INDIVIDUALS and AGENCIES, | ) | \*\*AS MODIFIED BY THE COURT\*\* |
| Defendants. | ) | |

-1-
STIPULATION RE INDIVIDUAL AGENTS' MTD
*Wright, et al. v. City of Santa Cruz, et al.* Case No. 13-01230

WHEREAS Defendants Fernandez, Omori, Parker, and Singleton ("Individual Federal Agents") filed a motion to dismiss which is set for hearing on October 2, 2014;

WHEREAS, Plaintiffs' response is presently due August 15, 2014;

WHEREAS, lead counsel for Plaintiffs had surgery on August 1, 2014, and has been slowly recovering, making work on this motion difficult;

WHEREAS, the parties to these motions stipulate to extend the deadline as set forth below; and

IT IS HEREBY STIPULATED by and between the parties that Plaintiffs' opposition to the Individual Federal Agents' pending motion shall be due September 15, 2014, and any reply shall be due by September 24, 2014.

IT IS SO STIPULATED.

Respectfully Submitted,

DATED: August , 2014

By: /s/ _____
Aaron J. Lodge
Attorney for Plaintiffs

DATED: August , 2014        BENJAMIN B. WAGNER
United States Attorney

By: /s/ _____
GREGORY T. BRODERICK
Assistant United States Attorney

-2-
STIPULATION RE INDIVIDUAL AGENTS' MTD
*Wright, et al. v. City of Santa Cruz, et al.* Case No. 13-01230

1

2  PURSUANT TO STIPULATION, IT IS SO ORDERED, THAT:

3

4  Plaintiffs' opposition to the Individual Federal Agents' pending motion shall be due
September ~~15~~ 11, 2014, and any reply shall be due by September ~~24~~ 18, 2014.  The dates proposed by the parties have been modified by the Court to ensure that the Court has a full two weeks to review the briefing before the hearing.  If Plaintiff's counsel cannot comply with this modified schedule in light of medical issues, the Court would consider continuing the hearing to allow for additional time for briefing.  Any request for continuance of the hearing shall be made by stipulation or appropriate motion.

Dated: _____

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE

-3-
STIPULATION RE INDIVIDUAL AGENTS' MTD
*Wright, et al. v. City of Santa Cruz, et al.* Case No. 13-01230