UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

HALEY WRIGHT, et al.,

    Plaintiffs,

  v.

CITY OF SANTA CRUZ, et al.,

    Defendants.

Case No. 13-cv-01230-BLF

**CASE MANAGEMENT ORDER**

On November 6, 2014, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
| --- | --- |
| Further Case Management Conference | N/A |
| Last Day to Amend Pleadings or Add Parties | N/A |
| Last Day to Disclose Experts | N/A |
| Fact Discovery Cut-Off | N/A |
| Reply Briefs for Summary Judgment | 10/01/2015 |
| Last Day to Hear Dispositive Motions | 10/22/2015 at 9:00 AM |
| Final Pretrial Conference | 12/17/2015 at 2:30 PM |
| Trial | 01/11/2016 at 9:00 AM |

1    IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery are referred to the assigned Magistrate Judge.

2    IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing orders, which are available on the Court's website and in the Clerk's Office.

3    IT IS FURTHER ORDERED THAT the Parties are to meet, confer and file a stipulated proposed schedule regarding all other dates to trial.

Dated:  November 6, 2014

_____
BETH LABSON FREEMAN
United States District Judge