1  KATHLEEN WELLS (SBN 107051)
   3393 Maplethorpe Lane
2  Soquel, CA 95073
   Telephone: (831) 475-1243
3  Facsimile: (831) 475-1103
   Email: lioness@got.net
4
5  AARON LODGE (SBN 220670)
   1414 Soquel Avenue, Suite 222
   Santa Cruz, California 95062
6  Telephone: (831) 426-3030
   Facsimile: (831) 350-6030
7  Email: ALodge@teachjustice.com

8  Attorneys for plaintiffs, HALEY WRIGHT, *et al.*

9  BENJAMIN B. WAGNER
   United States Attorney
10 GREGORY T. BRODERICK
   Assistant United States Attorney
11 501 I Street, Suite 10-100
   Sacramento, CA 95814
12 Telephone: (916) 554-2780
   Facsimile: (916) 554-2900
13 Email: Gregory.Broderick@usdoj.gov

14 Attorneys for Fernandez, Omori, Parker,
   and Singleton
15

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY WRIGHT, EMILY WRIGHT, and JESSICA WRIGHT,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CRUZ, COUNTY OF SANTA CRUZ, MARK YANEZ, TATE HOWE, KENNY BESK, ANTHONY PARKER, BRENDAN OMORI, JOHN FERNANDEZ, DRUG ENFORCEMENT ADMINISTRATION, JOSHUA SINGLETON, TWENTY UNKNOWN INDIVIDUALS and AGENCIES,<br><br>Defendants. | CASE No. 13-cv-01230 BLF<br><br>**STIPULATION and [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON INDIVIDUAL FEDERAL AGENTS' MOTION TO DISMISS** |

-1-
STIPULATION RE BRIEFING ON INDIVIDUAL AGENTS' MTD
*Wright, et al. v. City of Santa Cruz, et al.* Case No. 13-01230

The parties hereby stipulate to, and propose, a change in the briefing schedule on the pending motion to dismiss filed by Defendants John Fernandez, Brendan Omori, Anthony Parker, and Joshua Singleton ("Individual Federal Agents"). (Dkt. No. 91). The parties stipulate *only* to a change in the briefing schedule, and the Individual Federal Agents object to any continuation of the hearing date.

Defendants John Fernandez, Brendan Omori, Anthony Parker, and Joshua Singleton ("Individual Federal Agents") were members of a DEA Joint Task Force investigating a dangerous drug ring in Santa Cruz, California. After they arrested Plaintiff Haley Wright, Ms. Wright and her sisters sued them and other defendants alleging tort and constitutional claims. (Dkt. No. 1). The United States, sued under the Federal Tort Claims Act ("FTCA"), was dismissed when the Court held that Plaintiffs' failed to exhaust administrative remedies as required by the FTCA. (Dkt. No. 67). The Court denied the Individual Federal Agents' motion to dismiss for improper service (*see id.*), but later granted their motion to dismiss for failure to state a claim, with leave to amend. (Dkt. No. 89). The Court also set a trial date of January 11, 2016, and set a summary judgment filing deadline of September 10, 2015.[1]

Plaintiffs' filed a first amended complaint, and the Individual Federal Agents' also moved to dismiss that complaint for failure to state a claim, and based on qualified immunity on December 10, 2014. (Dkt. No. 91). The hearing for that motion is set for January 22, 2015, and Plaintiffs' opposition is presently due December 24, 2014. *See* L.R. 7-3(a). For the reasons set forth below, Plaintiffs requested an extension of time. The Individual Federal Agents do not oppose this request *provided that* it does not delay the hearing date. In light of the trial date and summary judgment schedule, the Individual Federal Agents cannot agree to delay the hearing date unless the other pre-trial dates are also continued.

---

[1] The Court's order did not set a specific date for filing, but set a schedule to hold any summary judgment hearing on October 22, 2015, with any reply due by October 1, 2015. Given this Court's Local Rules, this results in a *de facto* filing deadline of September 20, 2015.

-2-
STIPULATION RE BRIEFING ON INDIVIDUAL AGENTS' MTD
*Wright, et al. v. City of Santa Cruz, et al.* Case No. 13-01230

As a compromise, the parties stipulate that the schedule be altered as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Plaintiffs' Opposition | December 24, 2014 | December 31, 2014 |
| Defendants' Reply | December 31, 2014 | January 7, 2014 |
| Hearing | January 22, 2015, 9:00 a.m. | January 22, 2015, 11:00 a.m. |

This continuation is necessary and appropriate in light of the circumstances of Mr. Lodge, one of Plaintiffs' attorneys. First, Mr. Lodge was out of the country until December 15, 2014. Second, his mother became gravely ill while he was away, and now placed on hospice, and he is now her primary caretaker. Third, Mr. Lodge had oral surgery after returning to the United States, and had to take substantial pain killers for several days, which reduced his ability to work. In light of these circumstances, the parties agree that an extension is appropriate.

The parties contacted the Court to determine whether the hearing could be continued a short time to permit such an extension, but the Court's next available hearing date is not until March 26, 2014. The Individual Federal Agents cannot agree to that date given the January 2016 trial date and the September 2016 summary judgment filing deadline. No discovery has occurred in this case, and the Individual Federal Agents are "entitled to dismissal before the commencement of discovery" unless "the plaintiff's allegations state a claim of violation of clearly established law…." *Mitchell v. Forsyth*, 472 U.S. 511, 526 (1985). Given the current schedule, moving the hearing date to March 26, 2015, will compact the discovery calendar, particularly because counsel for the Individual Federal Agents is scheduled for trial on June 2, 2015, June 22, 2015, and August 25, 2015.

Thus, the parties agree and stipulate to adjusting the internal briefing schedule as set forth above, but keeping the January 22, 2015, hearing date. Finally, the parties request that the January 22, 2015, hearing be set for 11:00 a.m. in light of the parties' travel requirements, as previously discussed with this Court on the record.

1 | Respectfully Submitted,

2 | DATED: December 22, 2014

3 |           By: /s/
4 |             AARON LODGE
            Attorney for Plaintiffs

7 | DATED:  December 22, 2014  BENJAMIN B. WAGNER
            United States Attorney

9 |           By: /s/
10 |             GREGORY T. BRODERICK
            Assistant United States Attorney

-4-
STIPULATION RE BRIEFING ON INDIVIDUAL AGENTS' MTD
*Wright, et al. v. City of Santa Cruz, et al.* Case No. 13-01230

1   PURSUANT TO STIPULATION, IT IS SO ORDERED, THAT:

2       Plaintiffs' opposition to the Individual Federal Agents' pending motion (Dkt. No. 91) shall be due not later than December 31, 2014, and any reply shall be due by January 7, 2015. The hearing on the motion shall remain scheduled for January 22, 2015, but the time shall be set for 11:00 a.m.

Dated: December 23, 2014

_____
HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT COURT JUDGE