UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HALEY WRIGHT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SANTA CRUZ, et al.,<br><br>Defendants. | Case No.  13-cv-01230-BLF<br><br>**ORDER RE STIPULATED REQUEST FOR CONTINUANCE OF HEARING DATE; VACATING HEARING ON INDIVIDUAL FEDERAL AGENTS' MOTION TO DISMISS; AND SUBMITTING MOTION WITHOUT ORAL ARGUMENT**<br><br>[Re:  ECF 97] |

The parties have filed a stipulated request for an order continuing the hearing on the Individual Federal Agents' motion to dismiss from January 22, 2015 to February 5, 2015.  The Court cannot accommodate the parties' request because February 5 is fully scheduled.  However, based upon its familiarity with this case and its review of the parties' briefing, the Court has determined that the Individual Federal Agents' motion to dismiss is appropriate for disposition without oral argument.  *See* Civ. L.R. 7-1(b).  Accordingly, the hearing is hereby VACATED and the motion is hereby SUBMITTED.

**IT IS SO ORDERED.**

Dated: January 16, 2015

_____
BETH LABSON FREEMAN
United States District Judge