# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

HALEY WRIGHT, et al.,

    Plaintiffs,

v.

CITY OF SANTA CRUZ, et al.,

    Defendants.

Case No. 13-cv-01230-BLF

**ORDER MODIFYING CASE SCHEDULE**

On February 26, 2015, the parties filed a Joint Case Management Conference Statement and Proposed Pretrial Schedule proposing modifications to the case schedule. The document was not filed in connection with any scheduled Case Management Conference or other proceeding, was not filed as a motion, and was not otherwise brought to the Court's attention when filed.

Because the dates proposed by the parties are not workable for the Court, Court staff tried to reach counsel by telephone on numerous occasions to inquire about substitute dates. Those telephone calls were not returned. Accordingly, the case schedule will be modified without input from the parties.

The Court HEREBY MODIFIES the case schedule as follows:

```
The last day to hear dispositive motions:   February 4, 2016
Final Pretrial Conference:                  May 5, 2016
Trial:                                      May 23, 2016.
```

**IT IS SO ORDERED.**

Dated: June 5, 2015

BETH LABSON FREEMAN
United States District Judge